## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TEKNIK ALUMINYUM SANAYI A.S., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 23-00265 |

### ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                                            Mario Toscano
                                                            Clerk of the Court

                                    By:    <u>/s/ Scott Warner</u>
                                                     Deputy Clerk

Date:  January 17, 2024
         New York, New York